DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

| TO THE MARSHAL OF: SOUTHERN DISTRICT OF FLORIDA | CASE NO. 10-61166 CIV |
|---|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

BODY DETAILS, INC.

FILED by _____ D.C.
MAY 01 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| THIRTEEN THOUSAND EIGHT DOLLARS   and | 75/100 |

in the United States District Court for the  SOUTHERN  District of  FLORIDA,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

BODY DETAILS, INC.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  110 EAST BROWARD BOULEVARD #820 | DISTRICT  SOUTHERN DISTRICT |
|---|---|
| CITY  FORT LAUDERDALE, FLORIDA | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE  5/1/2014 | CLERK OF COURT  Steven M. Larimore |
|---|---|
|  | (BY) DEPUTY CLERK  *[signature]* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|